1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BEVMO! INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01216-MCE-DB<br><br>CLASS ACTION<br><br>Judge Morrison C. England, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: June 17, 2020<br>Trial Date:　　 None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendant BEVMO! INC's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members is GRANTED in full.  Each party shall bear her or its own fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  January 3, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE